(Rev. 1/1 Complaint for Violation of Civil Rights (Prisoner))

# UNITED STATES DISTRICT COURT

for the

## Western District of New York

Sir Raven R. Rodgers )
_____ )
Plaintiff(s) )
(Write the full name of each plaintiff who is filing this complaint )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names ) )
-v- )
John C. Garcia )
Erie County Sheriff )
Erie County Sheriff Department )
_____ )
Defendant(s) )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names. Do not include addresses here.) )

Case No. _____

(to be filled in by the Clerk's Office)

JURY TRIAL: Yes___ No___

U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

MAR 16 2026

AT_____ O'CLOCK
John M. Domurad, Clerk - Syracuse

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

(Rev. 1.21. Complaint for Violation or Civil Rights Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    SIR-RAVEN R. RODGERS

All other names by which
you have been known:

ID Number    ICN # 138924

Current Institution    ERIE COUNTY HOLDING CENTER

Address    40 DELAWARE AVENUE

BUFFALO                NY          14202-3999
_City_            _State_          _Zip Code_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    JOHN C. GARCIA

Job or Title *(if known)*    ERIE COUNTY SHERIFF

Shield Number

Employer    ERIE COUNTY SHERIFF DEPARTMENT

Address    40 DELAWARE AVENUE

BUFFALO                NY          14202-3999
_City_            _State_          _Zip Code_

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Shield Number

Employer

Address

_____
_City_            _State_          _Zip Code_

☐ Individual capacity    ☐ Official capacity

Rev. 2. 2. Complaint for Violation of Civil Rights Prisoner

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

☐ Individual capacity    ☐ Official capacity

II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

my Right to be protected from being made against my cell to clean up Human waste (urine Feces, Seamen and other bodily Fluids) LAnnocen b/ individuals on constant observation was violated as I was made to preform such degrading and demoralizing task by Security Staff Hace at the Erie County Holding center Several different times>

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Rev. J/21 Complaint for Violation of Civil Rights Prisoner

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

mR JoHN C. Garcea acted under the Color of State, local, and Federal laws because He is the Erie County Sheriff and I was under the custody and Care of the ERIE COUNTY Sheriff Department When I was made to preform degrading dehamanizing, demoralizing task by employees of the ERIE County Holding Center.

III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

The events of this claim arose on 1/15/26 in the ERIE COUNTY HOLDING CENTER on Bravo long and Bravo short cen9t.

Page 4 of 7

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights Prisoner

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Between the dates of 1/15/26 - 2/17/26 at the Erie County Holding Center

D.    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

Between the dates of 1/15/26 - 2/17/26 on Echo short curfit (#42 cell) while I was on a mental health (1 on 1) watch I was wrongfully made to decontaminate cells sprayed with "OC Spray" and clean up messes made by other Incarcerated individuals also on mental Health watch. These messes consisted of urine, feces, seamen and other bodily fluids thrown by people on mental Health watch. I was made to do this without safety equiptment on camera against my will

V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The injuries I sustained as result of above mentioned incident include but are not limited to mental and emotional trauma and distress as a result of being made to preform such degrading, demoralizing, dehumanizing task.

VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'm requesting the Court Compensate me for monetary damages in the amount of $65,000 for Emotional distress, mental Trauma, and Emotional Trauma resulting from degrading, demoralizing, and dehumanizing incidents and conditions

Re:_____ Complaint for Violation of Civil Rights Prisoner

VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_____

Re. 1-2. Complaint for Violation of Civil Rights Prisoner

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

I filed the grievance here at the ERIE COUNTY HOLDING CENTER

2.    What did you claim in your grievance?

I claimed that I was wrongfully made to perform such degrading, dehumanizing task such as decontaminating cells sprayed with "OC Spray" and clean up feces thrown as well as urine and other bodily fluids thrown by other people on mental health watch.

3.    What was the result, if any?

I recieved no response to the grievance Complaint At All

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I Wrote All levels of the grievance program to No Avail As I Never recieved Any reply From the Greiveance program At All

Re: 1. 2. Complaint for Violation of Civil Rights Prisoner

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

_____

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I Filed the Correct Paperwork on All Stages of the grievance process without any response

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

Rev. 7/7 Complaint for Violation of Civil Rights Prisoner

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district, if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example  Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

Rev 12 Complaint for Violation of Civil Rights Prisoner

IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    March 9th 2026

Signature of Plaintiff    

Printed Name of Plaintiff    SIR-RAVEN R RODGERS

Prison Identification #    ICN # 138924

Prison Address    40 DELAWARE AVENUE

BUFFALO                    NY    14202-3999
　　　　　　　　City　　　　　　　State　　Zip Code

B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
　　　City　　　　　　State　　　Zip Code

Telephone Number    _____

E-mail Address    _____

   



?r-Raven Rhodes ICN# 138924

NTY HOLDING CENTER
'ARE AVENUE
NEW YORK 14202-3999

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

MAR 1 6 2026

RECEIVED

Legal Mail

APPROVED MAR 1 1 2026

$01.36

2.4

Correction

US POSTAGE IMIPITNEY BOWES

ZIP 14202
02 7H
0006243218

$ 001.36⁰

MAR 12 2026

U.S. District Court
100 South Clinton Street
Syracuse NY, 13261